UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 3:05-CR-12 |
| | ) | (VARLAN) |
| WILLIAM CARROLL | ) | |

## ORDER

This criminal case is before the Court on defendant's Motion to File Under Seal [Doc. 8] in which he seeks leave of Court to file a sentencing memorandum under seal. Upon review of defendant's motion and the Sentencing Memorandum and for good cause shown, defendant's motion is hereby **GRANTED** as follows: the Clerk is **DIRECTED** to file the previously submitted Sentencing Memorandum under seal. However, the Court finds that the letters of support attached to the Sentencing Memorandum should not be placed under seal and defense counsel is **DIRECTED** to submit copies of these letters to the Court prior to or at the time of the sentencing hearing to be made part of the public record.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE